

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00722-CR

Victor **DIAZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR1116
Honorable Melisa Skinner, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 18, 2013.

Sandee Bryan Marion, Justice